IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Hector Herrera, individually and on behalf of other employees similarly situated, Plaintiffs<br>v.<br><br>Guy Scopelliti Original Landscaping Co., Inc., d/b/a Guy Scopelliti Landscape, and Guy Scopelliti, individually, Defendants. | Case No. 1:16-cv-7716<br><br>Hon. Judge Alonso |

## JOINT STIPULATION OF DISMISSAL

The parties to the above entitled action, by their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1), stipulate the following:

1. The parties have reached a settlement of the above-captioned action.

2. The parties therefore stipulate that this matter shall be dismissed in its entirety, without prejudice, with each party incurring its own attorneys' fees and costs, except as otherwise provided for by the parties' settlement agreement.

3. On December 14, 2016, absent a motion by either party to enforce the settlement agreement, the dismissal of this matter shall convert automatically to a dismissal with prejudice.

Respectfully submitted,

s/ Raisa Alicea
Raisa Alicea
Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL 60646

s/Michael Lee Tinaglia
Michael Lee Tinaglia
Michael Lee Tinaglia, Ltd.
444 N. Northwest Hwy Suite 350
Park Ridge, IL 60068